AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | McAllen, Division | CRIMINAL COMPLAINT |
| V. | United States District Court | |
| **Maria Guadalupe Gutierrez** | Southern District of Texas | |
| A202 123 538 | **FILED** | Case Number: M-14-**1962**-M |
| YOB: 1990 | **OCT 0 9 2014** | |
| COC:  United States | | |
| Name and Address of Defendant | **Clerk of Court** | |

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about _____October 8, 2014_____ in _____Hidalgo_____ County, in the _____Southern_____ District of _____Texas_____ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien,

in violation of Title _____8_____ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

## Refer to Attachment A

Continued on the attached sheet and made a part of this complaint: [X] Yes   [ ] No

Approved to ACG.
[signature]
AUSA 10-9-14

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

**Approved By:     J. Leonard**

**Juan R. Ciénega**
Printed Name of Complainant

**October 9, 2014**_____ at   **McAllen, Texas**_____
Date                                                              City and State

**Dorina Ramos**
**U.S. Magistrate Judge**_____   _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

# Attachment A

On 10/08/2014, Maria Guadalupe GUTIERREZ, a United States citizen, attempted to bring into the United States through the Pharr Port of Entry minor S.G.A. (female, age 3), a citizen of Mexico, as a United States citizen as passengers aboard a taxi. In an attempt to deceive CBP officers, the defendant presented a City of Edinburg, Texas birth certificate bearing the name M.P., and claimed the child as her friend's daughter. As the child was sleeping, GUTIERREZ was asked to wake her, but the child was unresponsive. Both were referred into CBP secondary for further inspection.

In secondary, after further inspection and seeing that the child continued to be unresponsive, the defendant admitted to the child's true identity and place of birth as Jalisco, Mexico. The defendant was read her Miranda rights, and she invoked her right to remain silent and legal representation.

Soon after being sent to secondary, Elida ALVAREZ-Ortiz (the child's mother), arrived at the Pharr Port of Entry looking for her daughter. ALVAREZ-Ortiz was interviewed and she admitted the defendant was a friend of hers since childhood, and that the defendant had agreed to help bring the child into the United States as a favor. ALVAREZ-Ortiz claimed to have obtained the birth certificate from a friend (the true owner's mother) for the purpose of bringing her child into the United States illegally.

ALVAREZ-Ortiz further stated she had bought a bottle of *Oxcarbazepin*, had filled a syringe with 5 ml in the presence of the defendant, and had instructed the defendant to administer the drug to the child to induce sleep. The defendant went to Mexico, took custody of the child, administered the drug, and proceeded to make entry into the United States.

ALVAREZ-Ortiz went on to request medical attention for S.G.A. due to her strange and unresponsive behavior. Paramedics were called and the child was transported to the McAllen Medical Center. After being medically cleared, the child was transported back to the port, reunited with ALVAREZ-Ortiz, and both mother and child were returned to Mexico.